

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2015

No. 04-14-00533-CV

Kenneth W. **ARTHUR**, et al,
Appellant

v.

**UVALDE COUNTY APPRAISAL DISTRICT**, Albert Mireles, Chief Appraiser,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2012-04-28619-TX
Honorable Watt Murrah, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Jason K. Pulliam, Justice

The panel has considered the Appellee's Motion for Rehearing, and the motion is DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court